ACCEPTED
03-15-00229-CV
6147164
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 10:32:50 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00229-CV
## COURT OF APPEALS, THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 10:32:50 PM
JEFFREY D. KYLE
Clerk

_____

## AZIZ SHAKARZAHI and ILIA SHAKARZAHI,
### Appellants

**v.**

## RAYMOND MALOOLY, ALAN MALOOLY, MALOOLY CORPORATION, PEBBLE HILLS PLAZA, LTD., ASLM, LTD., ASLM II, LTD., JANUARY 2K, AND FEDERAL ACCEPTANCE CORPORATION,
### Appellees

_____

## APPELLANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

1.    Appellants, Aziz Shakarzahi and Ilia Shakarzahi make this their first request for an extension of time to file Appellants' Brief in this cause, and would show the following:

**2.    Request for Extension to File Appellants' Brief**

The deadline for filing Appellants' Brief in this cause is July 17, 2015. Appellants request an extension of time until August 31, 2015 to file their brief.

3.    Appellants request this extension due to the workload of Appellants attorney.   Appellants' attorney needs time to review the Clerk's and Reporter's Record in this case to prepare and file Appellants' brief.   This request for an

extension of time should be granted so that justice may be done, and because Appellees will suffer no harm or prejudice by the granting of this request.

4. **Certificate of Conference.** Appellees do not oppose Appellants request for an extension of time.

5. Wherefore, Appellants request an extension of time until August 31, 2015 to file Appellants' brief and for such other relief to which Appellants are entitled.

Respectfully submitted,

/s/ Norberto Flores

Norberto Flores
Flores Law Firm
P.O. Box 342192
Austin, Texas 78734
SBN No. 07164780
Tel. 512.888.8491
Fax. 888-459-4891
ntexaslaw@outlook.com
Attorney for Appellants

<u>Certificate of Service</u>

This document was served according to the Texas Rules of Appellate Procedure on July 20, 2015.

S. Anthony Safi
Mounce, Green, Myers, Safi, Paxson & Galatzan
P.O. Box 1977
El Paso, Texas 79999-1977
Tel. 915-532-2000
Fax 915-541-1597
safi@mgmsg.com
Attorney for Appellees


/S/ Norberto Flores

_____

Norberto Flores
Attorney for Appellants